Jon BALSBAUGH and Chris Le Comte, Appellants

v.

COMMONWEALTH DEPARTMENT OF GENERAL SERVICES and Alexander Constructors, Inc., Appellees.

Supreme Court of Pennsylvania.

Jan. 23, 2003.

***ORDER***

PER CURIAM.

**AND NOW,** this 23rd day of January, 2003, the order of the Commonwealth Court is AFFIRMED.